# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER CELESTINE

NO. 2019 KW 1327

**NOV 2 5 2019**

---

In Re:    Peter Celestine, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 19-06524.

---

**BEFORE:    McDONALD, WELCH, AND CHUTZ, JJ.**

**WRIT DENIED.**   The East Baton Rouge Parish Clerk of Court record shows that on October 10, 2019, the State charged relator by bill of information with second degree sexual battery and home invasion, felonies in violation of La. R.S. 14:43.2 and 14:62.8.   Therefore, relator's claim that the State failed to timely institute prosecution within the statutory period is without merit.  See La. Code Crim. P. art. 701(B)(1)(a).

JMM
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT